**William R. WHITE, Plaintiff–Appellant,**

v.

**DAYCO, Defendant–Appellee.**

**No. 02–1515.**

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

William R. White, Appellant Pro Se. Catharine Garbee Griffin, Baker, Ravenel & Bender, L.L.P., Columbia, South Carolina, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William R. White appeals the district court's order granting summary judgment to Dayco on the ground that White's personal injury action is barred by the applicable statute of limitations. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See White v. Dayco,* No. CA–01–3480–1–22 (D.S.C. Apr. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*